Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

Case No.: 21−30645−KRH  
Chapter: 7  
Judge: Kevin R. Huennekens

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charletta Hope Barringer Brown
   5818 Hereld Green Dr
   Chesterfield, VA 23832

Social Security / Individual Taxpayer ID No.:
   xxx−xx−0554

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee determines that: (1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's(s') current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B).As required by 11 U.S.C. Sec. 704(b)(2), the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Sec. 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B) Filed by Jason Brill Shorter of Office of the United States Trustee on behalf of John P. Fitzgerald, III (Shorter, Jason)

Dated: 4/6/21

United States Trustee

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 21-30645-KRH

Charletta Hope Barringer Brown  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7  User: baumgartn  Page 1 of 3
Date Rcvd: Apr 06, 2021  Form ID: ntcabuse  Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charletta Hope Barringer Brown, 5818 Hereld Green Dr, Chesterfield, VA 23832-4050 |
| 15593010 | + | Bon Secours, St Francis Medical Center, 13710 St. Francis Blvd, Midlothian, VA 23114-3267 |
| 15593011 | + | Bon Secours, St Francis Medical Center, PO Box 404893, Atlanta, GA 30384-4893 |
| 15606030 | | Bon Secours, P.O. Box 404893, Sherman, TX 75092 |
| 15606041 | | CJW Medical, PO Box 740760, Cincinnati, OH 45274-0760 |
| 15606036 | + | Ccbtodaycard/eds, Po Box 84032, Columbus, GA 31908-4032 |
| 15593012 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 15593029 | + | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 15606044 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15606043 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 15606046 | + | First National Bank, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103-0128 |
| 15606045 | + | First National Bank, P.o. Box 3412, Omaha, NE 68197-0001 |
| 15593019 | + | INOVA Health System, 8095 Innovation Park Dr., Building D., Fairfax, VA 22031-4868 |
| 15606047 | + | Marketplace, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 15606048 | + | NPAS, PO Box 99400, Louisville, KY 40269-0400 |
| 15606054 | + | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15606055 | + | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15593028 | + | Upstart Network Inc, PO Box 61203, Palo Alto, CA 94306-6203 |
| 15606056 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 15606057 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15593013 | + | Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 15593014 | + | Wells Fargo Card Service, Brock & Scott PLLC, 1315 Westbrook Plaza Dr., Winston Salem, NC 27103-1357 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15606051 | | Email/Text: Data_Management@carilionclinic.org | Apr 07 2021 05:34:00 | SCA Credit Svcs, Attn: Bankruptcy, 1502 Williamson Road, Roanoke, VA 24012 |
| 15593032 | + | Email/PDF: HCABKNotifications@resurgent.com | Apr 07 2021 05:18:24 | CJW Medical Center, NPAS, Inc., PO Box 99400, Louisville, KY 40269-0400 |
| 15593031 | | Email/PDF: HCABKNotifications@resurgent.com | Apr 07 2021 05:31:48 | CJW Medical Center, PO Box 740760, Cincinnati, OH 45274-0760 |
| 15606031 | + | Email/Text: bnc-capio@quantum3group.com | Apr 07 2021 05:35:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 15606033 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 07 2021 05:18:07 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15606034 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 07 2021 05:31:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15606032 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 07 2021 05:06:33 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15593009 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 07 2021 05:06:34 | Capital One Bank USA, NA WalMart Synchrony, PO Box 30281, Salt Lake City, UT 84130-0281 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15606035 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 07 2021 05:06:36 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15606039 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2021 05:18:59 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15606040 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2021 05:19:20 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15606042 | + | Email/Text: treasurer.bankruptcy@chesterfield.gov | Apr 07 2021 05:37:00 | County of Chesterfield, Post Office Box 70, Chesterfield, VA 23832-0906 |
| 15606038 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 07 2021 05:06:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15606037 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 07 2021 05:18:08 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15606049 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2021 05:06:22 | Paypal Credit, Attention: Bankruptcy Dept., PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 15593015 | + | Email/Text: bankruptcy@prosper.com | Apr 07 2021 05:36:00 | Prosper Marketplace, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 15606050 | + | Email/Text: kbrown@raaems.org | Apr 07 2021 05:35:00 | Richmond Ambulance Authority, 2400 Hermitage Rd, Richmond, VA 23220-1200 |
| 15593018 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2021 05:06:22 | SYNCB/PayPal Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 15606052 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2021 05:06:23 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15606053 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2021 05:06:23 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15593016 | *+ | Bon Secours, St Francis Medical Center, 13710 St. Francis Blvd, Midlothian, VA 23114-3267 |
| 15593020 | *+ | Bon Secours, St Francis Medical Center, 13710 St. Francis Blvd, Midlothian, VA 23114-3267 |
| 15593024 | *+ | Bon Secours, St Francis Medical Center, 13710 St. Francis Blvd, Midlothian, VA 23114-3267 |
| 15593026 | *+ | Bon Secours, St Francis Medical Center, 13710 St. Francis Blvd, Midlothian, VA 23114-3267 |
| 15593033 | *+ | Bon Secours, St Francis Medical Center, 13710 St. Francis Blvd, Midlothian, VA 23114-3267 |
| 15593017 | *+ | Bon Secours, St Francis Medical Center, PO Box 404893, Atlanta, GA 30384-4893 |
| 15593021 | *+ | Bon Secours, St Francis Medical Center, PO Box 404893, Atlanta, GA 30384-4893 |
| 15593025 | *+ | Bon Secours, St Francis Medical Center, PO Box 404893, Atlanta, GA 30384-4893 |
| 15593027 | *+ | Bon Secours, St Francis Medical Center, PO Box 404893, Atlanta, GA 30384-4893 |
| 15593034 | *+ | Bon Secours, St Francis Medical Center, PO Box 404893, Atlanta, GA 30384-4893 |
| 15593030 | *+ | INOVA Health System, 8095 Innovation Park Dr., Building D., Fairfax, VA 22031-4868 |
| 15593035 | *+ | Upstart Network Inc, PO Box 61203, Palo Alto, CA 94306-6203 |
| 15593023 | *+ | Wells Fargo Card Service, Brock & Scott PLLC, 1315 Westbrook Plaza Dr., Winston Salem, NC 27103-1357 |
| 15593022 | *+ | Wells Fargo Card Service, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Case 21-30645-KRH    Doc 47    Filed 04/08/21    Entered 04/09/21 00:18:14    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0422-7 | User: baumgartn | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: ntcabuse | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce E. Robinson | bruce.robinsontr@gmail.com therese.rogerstra@gmail.com;ecf.alert+Robinson@titlexi.com |
| Jason Brill Shorter | on behalf of U.S. Trustee John P. Fitzgerald III jason.b.shorter@usdoj.gov |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Pia J. North | on behalf of Debtor Charletta Hope Barringer Brown R44457@notify.bestcase.com;lawdesk.northlaw@verizon.net;northlaw@pianorth.com;Barbara@pianorth.com;mandy@pianorth.com;northlawecf@gmail.com;notices.northlaw@earthlink.net;bkynotices@gmail.com;kimberly@pianorth. |

TOTAL: 4